IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HENRY MAXWELL/RASULALLAH,                                    PLAINTIFF
ADC #80266

VS.                              CASE NO. 5:07CV00323 SWW

LARRY B. NORRIS, et al.                                      DEFENDANTS

## <u>ORDER</u>

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 22nd day of January, 2008.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE